In the Matter of Proving the Last Will and Testament of HIRAM VOWERS, Deceased.

(Argued February 26, 1891; decided March 17, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 12, 1889, which affirmed a judgment entered upon a decision of the Surrogate's Court of the county of Warren. .

*Edgar T. Brackett* and *A. Armstrong, Jr.*, for appellant.

*S. & L. M. Brown* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.